PAMELA Y. PRICE, ESQ. (STATE BAR NO.
P.O. Box 5843
Oakland CA  94605
Telephone:  (510) 452-0292
Facsimile:   (510) 452-5625
E-mail:  pamela@pypesq.com

Attorneys for Plaintiff
STAN DOBBS

**IT IS SO ORDERED**
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case is Dismissed without Prejudice.
DATED: 9/27/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAN DOBBS,<br><br>       Plaintiff,<br><br>v.<br><br>HAYWARD UNIFIED SCHOOL DISTRICT, LISA BRUNNER, LUIS A. REYNOSO AND WILLIAM L. MCGEE,<br><br>       Defendants. | NO.  C17-03585-MEJ<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

COMES NOW Plaintiff STAN DOBBS and dismisses the Complaint in this matter without prejudice pursuant to FRCP 41(a)(1).

Dated:  September 27, 2017            LAW OFFICE OF PAMELA Y. PRICE


                                                               /s/ *Pamela Y. Price*
                                          PAMELA Y. PRICE, Attorney for Plaintiff
                                          STAN DOBBS